# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **CESAR FORTUNY DIAZ** | **CIVIL ACTION NO. 6:20-CV-00425** |
| **VERSUS** | **JUDGE JUNEAU** |
| **WILLIAM BARR, ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

THIS MATTER came before the Court on September 11, 2020 for oral argument on the Petition for Writ of Habeas Corpus and For Related Relief filed by Petitioner Cesar Fortuny Diaz, Rec. Doc. 1.

After reviewing the memoranda and evidence filed by the parties, and the applicable law, and after hearing the arguments of counsel, and for reasons orally assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Habeas Corpus, Rec. Doc. 1, is **DENIED** in part and **GRANTED** in part, as follows:

To the extent that the Petitioner seeks immediate release from detention, the petition is **DENIED**;

To the extent that Petitioner seeks a bond hearing at which a neutral factfinder may make an individualized determination as to the necessity of Petitioner's continued detention, the petition is **GRANTED.**

Accordingly, Respondents are ordered to provide Petitioner with a bond hearing before an immigration judge within twenty-one (21) days.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 14th day of September, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE